

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2019

No. 04-19-00078-CV

**NABORS DRILLING TECHNOLOGIES USA, INC.,**
Appellant

v.

Leslie Wayne **RATLIFF** and Shannon Ratliff,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 15-05-00091-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is hereby GRANTED. Time is extended to March 4, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court